IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| **September 29, 2011** | | IA/AC/PTD |
| Date of Arrest: 9/29/2011 | : | ESR OPERATOR: Crystal Wardlaw |
| UNITED STATES OF AMERICA | : | AUSAs Faithe Moore Taylor and Ashley Lunkenheimer |
| v. | : | |
| JAMES SWAN | : | Criminal No. 11-580 |
| | | Fed. Def. Assoc. (Kai Scott, Esq., was present) |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

      [] The Government's Motion for Temporary Detention is Granted.  A detention hearing and probable cause hearing are scheduled before

      [] The Defendant stipulated to pretrial detention.

      [] The Government's Motion for Pretrial Detention is Granted.  The Defendant is detained pending further proceedings.

      [] The Government's Motion for Pretrial Detention is Denied.  See attached Conditions of Release Order.

      **[X] The Government and Defense have agreed to conditions of release.  See attached Conditions of Release Order.**

      [] Other

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[] PLEA: NOT GUILTY TO ALL COUNT(S).  Counsel have 14 days to file pretrial motions.*

      BY:

      */s/ TJR*
      THOMAS J. RUETER
      CHIEF U.S. MAGISTRATE JUDGE

**NO- INTERPRETER NEEDED**

**TIME IN COURT: 10 MINUTES**

*(Form Revised December, 2007)*