AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
EASTERN District of PENNSYLVANIA

United States of America
v.

JAMES SWAN

Case No. CR 11-580

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAMES SWAN
who is accused of an offense or violation based on the following document filed with the court:

X Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

ATTEMPTED POSSESSION OF OXYCODONE ; ATTEMPTED POSSESSION OF FENTANYL 21:846

Date: Sep 28, 2011

_____, Deputy Clerk
*Issuing officer's signature*

City and state: PHILADELPHIA, PA

MICHAEL E. KUNZ, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 9-28-11, and the person was arrested on *(date)* 9-29-11
at *(city and state)* Lester PA.

Date: 9-29-11

FBI
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)