IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

# BAIL STATUS AND ORDER

| | | |
|---|---|---|
| __NO__ INTERPRETER NEEDED | : | Arraignment |
| | | October 11, 2011 |
| Date of Arrest: 9/20/2011 | : | ESR OPERATOR: Crystal Wardlaw |
| UNITED STATES OF AMERICA | : | AUSA Ashley Lunkenheimer |
| v. | : | Criminal No: 11-580 |
| James Swan | : | Kai Scott |
| | : | [] CJA Appointed |
| | | [] Retained |
| | | [xx] Defenders' Assn Apptd. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted. A detention hearing and are scheduled for .

[] The Defendant stipulated to [] probable cause and/or [] pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

[] Other

[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.
[XX] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.

BY:

/s/ Timothy R. Rice
TIMOTHY R. RICE
UNITED STATES MAGISTRATE JUDGE

**TIME IN COURT   10  MINUTES**

(Form Revised December, 2009)