IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NO. 11-580 |
| | : | |
| JAMES SWAN | : | |

ORDER

AND NOW this 3 day of Oct., 2012, as it is unopposed by all parties, it is hereby **ORDERED** that James Swan will enter a therapeutic community/recovery house on Thursday, October 4, 2012, so that he may participate in a therapeutic community/recovery program, as arranged by Pretrial Services, until his sentencing date presently scheduled for November 7, 2012. Defendant is **ORDERED** to abide by all the rules and regulations of the program. Further, it is **ORDERED** that all the terms and conditions of the previously imposed Order dated October 4, 2012, remain in effect.

IT IS SO ORDERED.

BY THE COURT:

_____
THE HONORABLE TIMOTHY RICE
United States Magistrate Judge